

149 So.2d 763

STATE of Louisiana

v.

James CREAMER.

No. 46585.

Feb. 6, 1963.

Writs denied. The showing made by relator is not sufficient to justify this Court exercising its supervisory jurisdiction.

149 So.2d 763

Succession of Nat MARTIN et al.

No. 46498.

Feb. 8, 1963.

Writ refused. The result is correct.

149 So.2d 763

Willie O. CLAUSE

v.

Consuelo BROUSSARD and Grover Rees.

No. 46507.

Feb. 8, 1963.

Writ refused. On the facts found by the Court of Appeal the judgment is correct.

149 So.2d 763

SOHIO PETROLEUM COMPANY

v.

Anes W. HEBERT et al.

No. 46514.

Feb. 8, 1963.

Writ refused. On the facts found by the Court of Appeal we find no error of law in the judgment complained of.